UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALLAN M.,

        **Plaintiff,**        :

      **v.**                              **Case No. 2:22-cv-01732**
                                      **Judge Sarah D. Morrison**
                                      **Magistrate Judge Peter B. Silvain, Jr.**

**COMMISSIONER OF
SOCIAL SECURITY,**        :

        **Defendant.**

## ORDER

This matter is before the Court on the January 23, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 11.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Commissioner's non-disability finding is **VACATED** and this matter is **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendation. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

        **IT IS SO ORDERED.**

                        /s/ Sarah D. Morrison
                        **SARAH D. MORRISON**
                        **UNITED STATES DISTRICT JUDGE**